IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Moore, Leatrice | Case Number: 07 B 12544 |
|---|---|
|  | Judge: Goldgar, A. Benjamin |
| Printed: 11/11/08 | Filed: 7/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: May 27, 2008
Confirmed: January 15, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,265.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 932.60 |
| Priority: |  | 108.30 |
| Administrative: |  | 1,098.00 |
| Trustee Fee: |  | 122.10 |
| Other Funds: |  | 4.00 |
| Totals: | 2,265.00 | 2,265.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | James L Hardemon | Administrative | 1,098.00 | 1,098.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 11,894.08 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 108.30 | 108.30 |
| 5. | Asset Acceptance | Unsecured | 192.42 | 48.49 |
| 6. | Portfolio Recovery Associates | Unsecured | 1,694.50 | 427.04 |
| 7. | B-Real LLC | Unsecured | 162.90 | 41.05 |
| 8. | Asset Acceptance | Unsecured | 200.00 | 50.40 |
| 9. | Illinois Dept of Revenue | Unsecured | 15.00 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 62.50 | 15.75 |
| 11. | Peoples Energy Corp | Unsecured | 1,388.28 | 349.87 |
| 12. | AmSher Collection Services | Unsecured |  | No Claim Filed |
| 13. | American Family Insurance | Unsecured |  | No Claim Filed |
| 14. | Balaban Furniture Ltd | Unsecured |  | No Claim Filed |
| 15. | AFNI | Unsecured |  | No Claim Filed |
| 16. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 17. | CCA | Unsecured |  | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 19. | Inovision | Unsecured |  | No Claim Filed |
| 20. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 21. | Illinois Title Loans | Unsecured |  | No Claim Filed |
| 22. | Richard J Daley Center | Unsecured |  | No Claim Filed |
| 23. | Medical Recovery Specialists | Unsecured |  | No Claim Filed |
| 24. | Risk Management Alternatives | Unsecured |  | No Claim Filed |
| 25. | NW Collector | Unsecured |  | No Claim Filed |
|  |  |  | $ 16,815.98 | $ 2,138.90 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Moore, Leatrice

Printed: 11/11/08

Case Number: 07 B 12544
Judge: Goldgar, A. Benjamin
Filed: 7/13/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 122.10 |
| | $ 122.10 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

